# Third District Court of Appeal

## State of Florida

Opinion filed August 28, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0283
Lower Tribunal No. 23-194-A-K
_____

**Trevin Johnson,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Monroe County, Mark Wilson, Judge.

Trevin Johnson, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, SCALES and GORDO, JJ.

PER CURIAM.

Affirmed.